Robert M. Henderson, SBN 59486
ROLLSTON, HENDERSON, CRABB & JOHNSON, LTD.
591 Tahoe Keys Blvd., Suite D-8
South Lake Tahoe, CA 96150
Phone : (530) 544-1785; Fax: (530) 544-5053

Attorneys for Defendants
ARLENE C. BURNS RHINE and
DAVID ANTHONY (TONY) RHINE

**GRANTED**
*Judge Paul S. Grewal*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM W. BURNS | CASE NO.:  CV 15 2329 PSG |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE VIA COURTCALL** |
| vs. | |
| ARLENE C. BURNS RHINE; DAVID ANTHONY (TONY) RHINE; and DOES 1 to 50, | Date   :   August 18, 2015<br>Time   :   10:00 a.m.<br>Courtroom :   5 |
| Defendants. | |

  Attorney for defendants, Arlene C. Burns Rhine and David Anthony (Tony) Rhine, respectfully requests permission of the court to appear telephonically via CourtCall at the noticed *Motion to Dismiss/Motion to Transfer Venue* currently scheduled for August 18, 2015 at 10:00 a.m. in Courtroom 5.  The reason for the request is counsel is located in South Lake Tahoe, California, and does not want to incur the time and travel costs on behalf of his clients to travel from South Lake Tahoe to San Jose to attend the motion.

Dated: July 22, 2015                     Respectfully submitted,

                                         Rollston Henderson Crabb & Johnson, Ltd.


                                         By:  _____/s/_____
                                              Robert M. Henderson,
                                              Attorneys for Defendants
                                              Arlene C. Burns Rhine and
                                              David Anthony (Tony) Rhine

1

**PROOF OF SERVICE by EMAIL and US MAIL**

I declare that I am employed in the County of El Dorado, State of California. I am over the age of 18 and not a party to the within action. My business address is 591 Tahoe Keys Boulevard, Suite D-8, South Lake Tahoe, California 96150. I am readily familiar with the business practices of Rollston Henderson Crabb & Johnson, Ltd., for processing of correspondence by electronic mailing and United States Mail in the ordinary course of business.

On this date I served a copy of the **REQUEST FOR TELEPHONIC APPEARANCE VIA COURTCALL** by electronically mailing and by US Mail addressed in the manner herinbelow set forth:

> William W. Burns, Esq.
> Law Offices of William W. Burns
> 15720 Winchester Blvd., Suite 201
> Los Gatos, CA 95030
> wwburnslaw@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2015, at South Lake Tahoe, California.

/s/
Ellen Horn