UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM W. BURNS, | Case No. 5:15-cv-02329-PSG |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket Nos. 24, 27, 28)** |
| ARLENE C. BURNS RHINE, et al., | |
| Defendants. | |

Based on the parties' case management statements[1] and yesterday's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 1, 2015.

IT IS FURTHER ORDERED that the parties participate in mediation. The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a mediator within 45 days.

---

[1] *See* Docket Nos. 24, 27.

1

Case No. 5:15-cv-02329-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | October 5, 2015 |
| Fact Discovery Cut-Off | February 15, 2016 |
| Expert Designation Deadline | February 29, 2016 |
| Expert Discovery Cut-Off | March 25, 2016 |
| Dispositive Motions Hearing | April 19, 2016 at 10:00 AM |
| Pre-Trial Conference | May 17, 2016 at 10:00 AM |
| Jury Trial | June 20, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: September 2, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge